ACCEPTED
15-25-00137-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/26/2025 4:54 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00137-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/26/2025 4:54:06 PM
CHRISTOPHER A. PRINE
CLERK

**IN THE COURT OF APPEALS
FOR THE FIFTEENTH APPELLATE DISTRICT OF TEXAS**

---

**RIVERSIDE STRATEGIC CAPITAL FUND I, LP, RSCF BLOCKER TRUE
HEALTH, LLC, RSCF I-A BLOCKER TRUE HEALTH, LLC,**
*Appellants*,

v.

**CLG INVESTMENTS, LLC ET AL.,**
*Appellees*.

---

**On Appeal from the Business Court of Texas, First Division (1B)
Trial Court Case No. 25-BC01B-0006
Hon. Bill Whitehill, Presiding**

---

**NOTICE OF APPEARANCE OF COUNSEL**

---

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Please take notice that J. Sean Lemoine, LaDawn H. Nandrasy, Zachary C. Farrar, and Colin P. Benton hereby appear as counsel on behalf of Appellees Fernando De Leon; LCG Ventures, LLC; LCG Ventures II, LLC; and Leon Capital Partners, LLC (collectively, "LCG Appellees"). Copies of all motions, briefs, correspondence, notices, and other documents regarding this case, and all papers served or required to be served in this case, should be forwarded to counsel at the address listed below.

1

Dated: August 26, 2025.                    Respectfully submitted,

/s/ Colin P. Benton
J. Sean Lemoine
State Bar No. 24027443
sean.lemoine@wickphillips.com
LaDawn H. Nandrasy
State Bar No. 04715800
ladawn.nandrasy@wickphillips.com
Zachary C. Farrar
State Bar No. 24093418
zachary.farrar@wickphillips.com
Colin P. Benton
State Bar No. 24095523
colin.benton@wickphillips.com

**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Facsimile: (214) 692-6255

**ATTORNEYS FOR APPELLEES FERNANDO DE LEON; LCG VENTURES, LLC; LCG VENTURES II, LLC; AND LEON CAPITAL PARTNERS, LLC**

## CERTIFICATE OF SERVICE

I certify that on August 26, 2025, a true and correct copy of the foregoing instrument was served via e-filing on all counsel of record.

/s/ Colin P. Benton
Colin P. Benton

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Samantha Tandy on behalf of Colin Benton
Bar No. 24095523
samantha.tandy@wickphillips.com
Envelope ID: 104882157
Filing Code Description: Other Document
Filing Description: Notice of Appearance of Counsel for LCG Appellees
Status as of 8/26/2025 4:57 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rashella Widdoes - Paralegal | | widdoes@RoggeDunnGroup.com | 8/26/2025 4:54:06 PM | SENT |
| Lane Webster | | webster@RoggeDunnGroup.com | 8/26/2025 4:54:06 PM | SENT |
| Rogge Dunn | | dunn@roggedunngroup.com | 8/26/2025 4:54:06 PM | SENT |
| Harvey Joseph | | Joseph@roggedunngroup.com | 8/26/2025 4:54:06 PM | SENT |
| Sean Lemoine | | sean.lemoine@wickphillips.com | 8/26/2025 4:54:06 PM | SENT |
| Colin PBenton | | colin.benton@wickphillips.com | 8/26/2025 4:54:06 PM | SENT |
| Lanette Fidone | | lanette.fidone@wickphillips.com | 8/26/2025 4:54:06 PM | SENT |
| Samantha Tandy | | samantha.tandy@wickphillips.com | 8/26/2025 4:54:06 PM | SENT |
| Zachary Farrar | | Zachary.Farrar@wickphillips.com | 8/26/2025 4:54:06 PM | SENT |
| Karina Enriquez | | karina.enriquez@wickphillips.com | 8/26/2025 4:54:06 PM | SENT |
| LaDawn Nandrasy | 4715800 | ladawn.nandrasy@wickphillips.com | 8/26/2025 4:54:06 PM | SENT |